IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 122-016 |
| | ) | |
| REGINALD DEMARCO SMITH | ) | |

**O R D E R**

Counsel have advised the Court all pretrial motions have been satisfied or otherwise resolved.  (See doc. no. 35.)  Therefore, a motions hearing is not necessary, and the pending motions are **MOOT**.  (Doc. nos. 22, 24-1, 24-2, 25, 26.)

SO ORDERED this 2nd day of August, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA